IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TRAVIS J. MOODY,**
**D.O.C. # X64339,**

    *Plaintiff,*

v.                                         Case No.: 4:25cv101-MW/MAF

**SGT. PAUL BUTLER, et al.,**

    *Defendants.*
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 28. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 28, is **accepted and adopted** as this Court's opinion. The Eighth Amendment excessive force claim may proceed only against Defendant Butler. All other claims against Defendants Butler, Brown, and Antell are **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A. The Clerk is directed to terminate Defendants Brown and Antell from this action and to remand this case to the Magistrate Judge for further

proceedings.

    **SO ORDERED on October 2, 2025.**

                                      <u>s/Mark E. Walker</u>
                                      **United States District Judge**